UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VLADMIR BELOUSOV,<br><br>                  Petitioner,<br><br>    v.<br><br>MERRICK B. GARLAND, et al.,<br><br>                  Respondent. | CASE NO. 2:23-cv-00038-RSL-BAT<br><br>**REPORT AND RECOMMENDATION** |

On January 6, 2023, Vladmir Belousov filed a 28 U.S.C. § 224 petition, seeking release from the Northwest Detention Center. Dkt. 1. He has since been released. *See* Dkt. 7, Ex. A. Because Petitioner has already obtained the relief sought, his habeas petition is moot and should be dismissed. *See Flores-Torres v. Mukasey*, 548 F.3d 708, 710 (9th Cir. 2008).

Additionally, Petitioner has been released to an unknown address. The Court thus recommends <u>immediately</u> **DENYING** petitioner's habeas petition, Dkt. 1; and **DISMISSING** this action without prejudice.

DATED this 23rd day of January, 2023.

                                                                       _____
                                                                       BRIAN A. TSUCHIDA
                                                                       United States Magistrate Judge

REPORT AND RECOMMENDATION - 1