UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VLADIMIR BELOUSOV,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>    Defendants. | Case No. C23-38-RSL-BAT<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to the Report and Recommendation, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation with the following

    clarifications:

    a. The Court agrees that because the relief requested by petitioner was an order for defendants either to (1) effectuate the Immigration Judge's valid order of removal and repatriate petitioner to Russia; or (2) release petitioner from DHS/ICE administrative custody, *see* Dkt. # 1 at 4, the fact that petitioner has been released from ICE custody on an order of supervision, *see* Dkt. # 7 at 1, renders this case moot. *See Abdala v. INS*, 488 F.3d 1061, 1065 (9th Cir. 2007) (finding where habeas petition "challenged only the length of his detention at the INS facility," petitioner's subsequent deportation rendered the case moot).

ORDER OF DISMISSAL - 1

   b. Petitioner brings his petition under 28 U.S.C. § 2241.

(2) The case is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

IT IS SO ORDERED.

DATED this 3rd day of February, 2023.


            */s/ Robert S. Lasnik*
            Robert S. Lasnik
            United States District Judge

ORDER OF DISMISSAL - 2